UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JENNIFER SALA, | Case No. 2:20-CV-1786 JCM (DJA) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant(s). | |

Presently before the court is the parties' joint motion asking the court for an extension of the Rule 52 trial date and briefing schedule originally set forth in the scheduling order at ECF No. 21. (ECF No. 24).[1]

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the joint motion (ECF No. 24) be, and the same hereby is, GRANTED. A bench trial on cross-briefing pursuant to Rule 52 is CONTINUED to January 24, 2022 at 9:00 am, with opening briefs due December 13, 2021 (6 weeks before trial) and response briefs due January 3, 2022 (3 weeks before trial).

DATED July 14, 2021.

UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 28 is a corrected image of the motion at ECF No. 24.

**James C. Mahan**
**U.S. District Judge**