Bauman Loewe Witt & Maxwell, PLLC
Michael C. Mills
3650 North Rancho Drive, Suite 114
Las Vegas, Nevada 89130
Telephone:     (702) 240-6060
mmills@blwmlawfirm.com

Ian H. Morrison (*pro hac vice*)
imorrison@seyfarth.com
Shelley R. Hebert (*pro hac vice*)
shebert@seyfarth.com
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER SALA,<br><br>          Plaintiff,<br><br>     v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>          Defendants. | Case No. 2:20-cv-01786-JCM-DJA<br><br>**JOINT MOTION TO EXTEND FRCP 52 TRIAL DATE AND BRIEFING SCHEDULE** |

Plaintiff Jennifer Sala ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") (collectively, the "Parties"), hereby move this Court for a two-week extension of the Rule 52 trial date and briefing schedule set forth in the Scheduling Order (ECF No. 29). In support of their motion, the Parties state as follows:

1.     Plaintiff filed her Complaint on September 25, 2020. (ECF No. 1.) Prudential filed its Answer to the Complaint on November 18, 2020. (ECF No. 13.)

2. On December 18, 2020, the Court entered a Scheduling Order (ECF No. 21) setting certain case deadlines, including a bench trial on cross-briefing pursuant to Fed. R. Civ. P. 52 on September 17, 2021, with opening briefs due August 6, 2021 (6 weeks before trial), and responsive briefs due August 27, 2021 (three weeks before trial). (ECF No. 21.)

3. On July 14, 2021, pursuant to the Parties' joint motion, the Court extended the bench trial date on cross-briefing pursuant to Rule 52 until January 24, 2022 at 9:00 am, with opening briefs due December 13, 2021 (6 weeks before trial) and response briefs due January 3, 2022 (3 weeks before trial). (ECF No. 29.)

4. Since beginning briefing, the Parties have re-engaged in good-faith settlement discussions and do not wish to incur the ongoing costs of litigation if they can resolve the case. A two-week extension will allow the Parties to focus their time and energy on trying to resolve the case without the need for Court involvement, but will not significantly impact the existing case deadlines.

5. Therefore, the Parties jointly request that the Court extend the bench trial date and FRCP 52 briefing schedule for two additional weeks, setting the following new schedule: bench trial on cross-briefing pursuant to FRCP 52 on February 7, 2022, with opening briefs due December 27, 2021 (6 weeks before trial), and responsive briefs due January 18, 2022.

WHEREFORE, the Parties request that the Court extend the Rule 52 bench trial date and briefing schedule by two weeks.

1  DATED: December 6, 2021                    Respectfully submitted,

2   MCKENNON LAW GROUP PC                     SEYFARTH SHAW, LLP

4  By: s/ *Robert McKennon*                   By: s/ *Shelley R. Hebert*
       Robert McKennon                             Shelley R. Hebert
5      MCKENNON LAW GROUP PC                       One of the attorneys for Defendant
       20321 SW Birch Street, Suite 200            THE PRUDENTIAL INSURANCE
6      Newport Beach, CA 92660                     COMPANY OF AMERICA
       Tel. (949) 387-9595
7      Fax. (949) 385-5165
       rk@mckennonlawgroup.com
8      One of the attorneys for Plaintiff
       JENNIFER SALA

12                                             IT IS SO ORDERED:

14                                             _____
                                               UNITED STATES DISTRICT JUDGE

15                                             DATED: December 7, 2021

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she electronically filed and served the foregoing document with the Clerk of the United States District Court for the District of Nevada using the CM/ECF system on this 6th day of December, 2021, which sent notification of such filing to all counsel of record, including the following:

WILLIAM R. KILLIP, JR., ESQ.
Nevada Bar No. 3660
3333 E. Serene Avenue, Suite 120
Henderson, Nevada 89074
wrk@killiplaw.com

Joseph S. Hoff
jh@mckennonlawgroup.com
Robert J. McKennon
rm@mckennonlawgroup.com
MCKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, CA 92660

/s/ Shelley R. Hebert
Shelley R. Hebert