1 | Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
Joseph S. Hoff (SBN 283856) *jh@mckennonlawgroup.com*
2 | **MCKENNON LAW GROUP PC**
20321 SW Birch Street, Suite 200
3 | Newport Beach, California 92660
Phone:  949-387-9595  |  Fax:  949-385-5165
4 |

5 | William R. Killip, Jr., Esq. *wrk@killiplaw.com*
Nevada Bar No. 3660
6 | **LAW OFFICES OF WILLIAM R. KILLIP, LLC**
3333 E. Serene Avenue, Suite 120
7 | Henderson, Nevada 89074
Phone: 702-948-8999 | Facsimile: 702-993-7398
8 |

*Attorneys for Plaintiff Jennifer Sala*

9 |

10 | # UNITED STATES DISTRICT COURT

11 |

12 | ## DISTRICT OF NEVADA

13 | JENNIFER SALA,

14 |

15 |                         Plaintiff,

16 | vs.

17 | THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA; and
18 | DOES 1 through 10, inclusive,

19 |                         Defendants.

Case No.: 2:20-cv-01786-JCM-DJA

**JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

20

21

22

23

24

25

26

27

28



**IT IS HEREBY STIPULATED**, by and between Plaintiff Jennifer Sala and Defendant Prudential Insurance Company of America, by and through their respective counsel of record that this action shall be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys' fees, except as set forth in the parties Confidential Settlement Agreement and Release.

Dated:  January 26, 2022                    **McKENNON LAW GROUP PC**

By: _____
ROBERT J. McKENNON
JOSEPH S. HOFF
Attorneys for Plaintiff Jennifer Sala

Dated:  January 26, 2022                    **SEYFARTH SHAW, LLP**

By: _/S/ Shelley R. Herbert_____
SHELLEY R. HERBERT
Attorneys for Defendant The
Prudential Insurance Company of
America

**IT IS SO ORDERED** February 1, 2022.

_____
Honorable Judge James C. Mahan
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to ECF 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document is acceptable to Shelley R. Herbert counsel for Defendant The Prudential Insurance Company of America, and that I have obtained Ms. Herbert's authorization to affix her electronic signature to this document.

Respectfully executed and submitted this 25th day of January, 2022.

Dated:  January 26, 2022

McKENNON LAW GROUP PC

By: _____
ROBERT J. McKENNON
JOSEPH S. HOFF
Attorneys for Plaintiff Jennifer Sala

Case No.: 2:20-cv-01786-JCM-DJA



<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on January 27, 2022, the I served the foregoing documents described as: STIPULATION RE DISMISSAL OF ACTION were filed electronically and served the foregoing document with the Clerk of the United States District Court for the District of Nevada using the CM/ECF system, which sent notification of such filing to all counsel of record, including the following:

| | |
|---|---|
| William R. Killip, Jr., Esq. | Attorneys for Plaintiff, Jennifer Sala |
| *wrk@killiplaw.com* | ☒ ECF Participant |
| Nevada Bar No. 3660 | |
| **LAW OFFICES OF WILLIAM R. KILLIP, LLC** | |
| 3333 E. Serene Avenue, Suite 120 | |
| Henderson, Nevada 89074 | |
| Phone: 702-948-8999 | |
| Facsimile: 702-993-7398 | |
| | |
| Michael C. Mills, Esq. | Attorneys for Defendant, The Prudential Insurance Company of America |
| Nevada Bar No. 003534 | |
| Bauman Loewe Witt & Maxwell, PLLC | ☒ ECF Participant |
| 3650 NOlih Rancho Drive, Suite 114 | |
| Las Vegas, Nevada 89130 | |
| Phone: 702-240-6060 | |
| Fax: 702-240-4267 | |
| Email: *mmills@blwmlawfirm.com* | |
| | |
| Shelley Hebert, Esq. | Attorneys for Defendant, The Prudential Insurance Company of America |
| *(Pro Hac Vice)* | |
| Ian H. Morrison, Esq. | ☒ ECF Participant |
| *(Pro Hac Vice)* | |
| 233 S. Wacker Drive, Ste. 8000 | |
| Chicago, Illinois 60606-6448 | |
| Phone: 312-460-5000 | |
| Email: shebert@seyfarth.com | |
| Email: imorrison@seyfarth.com | |

NAME:      *Debi Cartee*
               (Signature)